# Third District Court of Appeal

## State of Florida

Opinion filed June 11, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-2086
Lower Tribunal No. 17-24054-CA-01
_____

**Universal Property & Casualty Insurance Company,**
Appellant,

vs.

**Armando Flores,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Reemberto Diaz, Judge.

Russo Lima Appellate Firm, P.A., and Paulo R. Lima and Elizabeth K. Russo, for appellant.

No appearance, for appellee.

Before FERNANDEZ, LINDSEY and LOBREE, JJ.

PER CURIAM.

Affirmed.